UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVELYN RODRIGUEZ,<br>    Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| VS. | : | |
| | : | |
| THE HERTZ CORPORATION,<br>    Defendant. | : | MARCH 6, 2015 |

### NOTICE OF REMOVAL

The defendant, The Hertz Corporation ("Hertz"), through its counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby files its Notice of Removal of the above-entitled action to this Court from the Connecticut Superior Court, Judicial District of Hartford/New Britain at Hartford, in which this action was filed and where it is now pending. The basis for removal, as explained below, is diversity jurisdiction.

In support of this Notice of Removal, Hertz states as follows:

1.  On or about February 11, 2015, the plaintiff, Evelyn Rodriguez, commenced a civil action by filing a Complaint in the Connecticut Superior Court, Judicial District of Hartford/New Britain at Hartford, entitled <u>Evelyn Rodriguez v. The Hertz Corporation</u>, Docket No. HHD-CV15-6057297-S (hereinafter referred to as "the State Court Action"). Copies of all process, pleadings, and orders served upon Hertz are attached hereto collectively as Exhibit A.

2.  The State Court Action was served upon Hertz on February 5, 2015. This was the first receipt by Hertz, through service or otherwise, of a copy of the pleading setting forth the claim for relief upon which such action is based. A copy of the Return of Service in the State Court Action is attached hereto as Exhibit B.

3.  This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441 et seq. based upon diversity, as the plaintiff is a citizen of the State of

Connecticut, residing in Hartford, Connecticut; Hertz is incorporated in the State of New Jersey and maintains its principal place of business in Estero, Florida; and the amount in controversy exceeds $75,000.

4.   Hertz reasonably believes that the amount in controversy is greater than the sum or value of $75,000.  According to the State Court Action, specifically the complaint and the statement of amount in demand provided therewith, the plaintiff seeks monetary and other damages stemming from alleged sexual harassment, sex discrimination, and retaliation. (Complaint; Statement of Amount in Demand).  In addition, she seeks attorneys' fees and costs. For these reasons, the amount in controversy standard has been satisfied.

5.   This is a civil action brought in a state court over which the district courts of the United States have original jurisdiction.

6.   The United States District Court for the District of Connecticut embraces the place where the action was pending in state court.

7.   Hertz's Notice of Removal is timely filed within 30 days after receipt by it of a copy of the initial pleading pursuant to 28 U.S.C. §§ 1441(a) and 1446(b).

8.   The only process, pleadings, or orders served and filed in the State Court Action of which Hertz is aware are the following:  Summons and Complaint, a copy of which is attached hereto as Exhibit A, and the Return of Service, a copy of which is attached hereto as Exhibit B. Appearance was filed by Robinson & Cole LLP for and on behalf of Hertz, and Cicchiello & Cicchiello, LLP for and on behalf of the plaintiff, Evelyn Rodriguez.

9.   Hertz has served the plaintiff with a copy of this Notice of Removal, with all attachments, and has filed a true copy of this Notice of Removal, with all attachments, with the

Clerk of the Superior Court, as shown by the Certificate of Compliance with Notice of Removal Procedures filed contemporaneously with this Notice of Removal.

WHEREFORE, the defendant, The Hertz Corporation, requests that this Court accept this Notice of Removal and that this Court assume jurisdiction over this action.

DEFENDANT,
THE HERTZ CORPORATION

By  /s/Britt-Marie K. Cole-Johnson
    Britt-Marie K. Cole-Johnson (ct29563)
    E-mail: bcole-johnson@rc.com
    Matthew T. Miklave (ct28261)
    E-mail: mmiklave@rc.com
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Tel. No.: (860) 275-8200
    Fax No.: (860) 275-8299
    Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March 2015, the foregoing Notice of Removal, and all attachments, was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I hereby certify that a copy of the foregoing Notice of Removal, together with all attachments, has been sent by U.S. Mail and by email to all counsel of record this 6th day of March, 2015, as follows:

Amanda M. DeMatteis, Esq.
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT  06114

                                                  */s/Britt-Marie K. Cole-Johnson*
                                                  Britt-Marie K. Cole-Johnson