# EXHIBIT A

# SUMMONS - CIVIL

JD-CV-1 Rev. 6-11
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

## STATE OF CONNECTICUT
## SUPERIOR COURT
www.jud.ct.gov

See page 2 for instructions

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington Street, Hartford, CT 06106 | ( 860 ) 548-2700 | March 10, 2015 |

| ☒ Judicial District   ☐ Housing Session | G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Hartford | Case type code (See list on page 2) Major: M   Minor: 90 |

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Cicchiello & Cicchiello LLP, 364 Franklin Avenue, Hartford, CT 06106 | 419987 |

| Telephone number (with area code) | Signature of Plaintiff (if self-represented) |
|---|---|
| ( 860 ) 269-3457 | |

Number of Plaintiffs: 1   Number of Defendants: 1   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Evelyn Rodriguez<br>Address: 18 Lisbon Street, Unit 3, Hartford, CT 06106 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: The Hertz Corporation<br>Address: 225 Brae Boulevard, Park Ridge, NJ 07656<br>Agent For Service: C T Corporation System, One Corporate Center, Hartford, CT 06103-3220 | D-50 |
| Additional Defendant | Name:<br>Address: | D-51 |
| Additional Defendant | Name:<br>Address: | D-52 |
| Additional Defendant | Name:<br>Address: | D-53 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court   ☐ Assistant Clerk | Name of Person Signing at Left<br>Amanda M. DeMatteis, Esq. | Date signed<br>02/03/2015 |

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date |

Name and address of person recognized to prosecute in the amount of $250
Amanda M. DeMatteis, Esq., Cicchiello & Cicchiello, LLP, 364 Franklin Ave., Hartford, CT 06114

| Signed (Official taking recognizance; "X" proper box) | ☒ Commissioner of the Superior Court   ☐ Assistant Clerk | Date 02/03/2015 | Docket Number |

(Page 1 of 2)

```
-------------------------------------x
RETURN DATE: MARCH 10, 2015      :   SUPERIOR COURT
                                 :
EVELYN RODRIGUEZ                 :   JUDICIAL DISTRICT OF HARTFORD
                                 :
v.                               :   AT HARTFORD
                                 :
THE HERTZ CORPORATION            :   FEBRUARY 3, 2015
-------------------------------------x
```

## COMPLAINT

### INTRODUCTION:

1. This is an action to redress wrongful termination, discrimination and retaliation in violation of the Connecticut Fair Employment Practices Act, Conn. Gen. Stat. § 46a-60(a)(1), § 46a-60(a)(4) and § 46a-60(a)(8).

### JURISDICTION:

2. The Plaintiff filed a timely complaint with the Connecticut Commission on Human Rights and Opportunities on or about July 11, 2014. Plaintiff timely filed this Complaint within 90 days of receiving a Release of Jurisdiction, dated November 14, 2014, from the Connecticut Commission on Human Rights and Opportunities, attached here as Exhibit A.

### PARTIES:

3. The Plaintiff, Evelyn Rodriguez, is a resident of the City of Hartford, State of Connecticut.

4. The Hertz Corporation, a foreign Delaware corporation with a business address of 225 Brae Boulevard, Park Ridge, New Jersey 07656.

5. Defendant Company is a corporation specializing in car rentals and car sales.

6. At all times mentioned herein, Defendant owned, operated and maintained a Hertz car rental location at of 2 Schoephoester Road, Windsor Locks, Connecticut 06096.